## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| LISA ANN DIXSON, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 2:13-cv-165-GZS |
| ) | |
| CAROLYN W. COLVIN, ACTING ) | |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY, ) | |
| ) | |
| Defendant ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 16) filed March 31, 2014, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that the decision of the commissioner is **AFFIRMED**.

                                        /s/ George Z. Singal
                                        United States District Judge

Dated this 18th day of April, 2014.